In the Matter of MANNING J. BUTLER, Respondent, against JAMES E. FINEGAN et al., Constituting the Municipal Civil Service Commission of the City of New York, Appellants.

(Argued November 21, 1935; decided December 10, 1935.)

Paul Windels, Corporation Counsel (Edmund L. Palmieri. Paxton Blair and Arthur B. Hoff, Jr., of counsel), for appellants.

Albert de Roode for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. Not sitting: O'BRIEN, J.